**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| | ) |
| KIRILL LATOSHKIN | ) Case No.: 05-03058-TUC-EWH |
| | ) |
| | ) **Application for Payment of Unclaimed** |
| | ) **Funds to the U.S. Bankruptcy Court** |
| | ) |
| | ) |
| Debtor | ) |

　　Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| **Check No.** | **Date Issued** | **Debtor/Creditor Name and Address** | **Amount** |
|---|---|---|---|
| 133451 | 06/30/2009 | KIRILL LATOSHKIN<br>6149 S. 32ND ST.<br>TUCSON, AZ 85711 | $14.00 |
| | | **Total** | **$14.00** |

　　The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $14.00 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 08/25/2009

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Dianne C. Kerns, #011557**
　　　　　　　　　　　　　　　　　　　　　　　Dianne C. Kerns, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee